KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
CONCEPCION IRMA VEGA

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV-F-06–00042 AWI |
| Plaintiff, ) | ORDER TO SUBSTITUTE JUAN M. FALCON AS ATTORNEY OF RECORD |
| v. ) | |
| CONCEPCION IRMA VEGA, et al. ) | |
| Defendants. ) | |

On April 3, 2006, attorney KATHERINE HART signed a substitution of attorney form in the above-entitled case and mailed it to JUAN M. FALCON, Attorney at Law.  In court on Monday, April 24, 2006, the court was not presented with a filed substitution.  Accordingly, predecessor attorney KATHERINE HART is electronically filing the substitution of attorney and is requesting that the court

/ / /

/ / /

1

officially relieve her as attorney of record and substitute JUAN M. FALCON in her place as attorney for CONCEPCION IRMA VEGA, defendant.

DATED: April 26, 2006          Respectfully submitted,

/s/Katherine Hart
KATHERINE HART, Attorney at Law

**ORDER SUBSTITUTING ATTORNEY**

IT IS HEREBY ORDERED THAT JUAN FALCON, ATTORNEY AT LAW, IS SUBSTITUTED IN LIEU OF AND IN PLACE OF ATTORNEY KATHERINE HART AS ATTORNEY OF RECORD IN THE CASE OF U.S. V. CONCEPTION IRMA VEGA

IT IS SO ORDERED.

**Dated:   April 28, 2006**          **/s/ Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE

2